**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01154-CR

### IN RE BRADLEY J. BARTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court No. 1206429**

---

## MEMORANDUM OPINION

On December 21, 2012, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Shawna L. Reagin, presiding judge of the 176th District Court of Harris County, "to rescind her December 7th, 2010 court order 'preventing all mail contact, phone contact, and personal visitations' of Relator."

To be entitled to mandamus relief in a criminal case, a relator must show that he has no adequate remedy at law to redress his alleged harm, and what he seeks to compel is a ministerial act, not involving a discretionary or judicial decision. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). Relator has not established his entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).

2